____FILED  ____EN'D
____LODGED ____RECEIVED

JUN 1 9 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| MARYLAND SCREEN PRINTERS, INC. | * | |
| Plaintiff, | * | Civil Action No: WMN 00 CV 532 (Judge William M. Nickerson) |
| v. | * | |
| MASTERCARD INTERNATIONAL, INC. | * | |
| Defendant. | * | |
| MASTERCARD INTERNATIONAL INCORPORATED, | * | |
| Counterclaimant, | * | |
| v. | * | |
| MARYLAND SCREEN PRINTERS, INC. | * | |
| Counterdefendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

The Court having Considered the Motion for Modification of the Scheduling Order, it is

ORDERED that the Motion is Granted and that the following DEADLINES shall replace those in

the Scheduling Order of April 11, 2000,

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) Disclosure re experts | August 11, 2000 |



| | |
|---|---|
| Defendant's Rule 26(a)(2) Disclosure re experts | September 11, 2000 |
| Plaintiff's Rebuttal Rule 26(a)(2) Disclosure re experts | September 25, 2000 |
| Rule 26(c)(2) supplementation of disclosures and responses | October 2, 2000 |
| **Discovery Deadline** **Submission of status report** | October 23, 2000 |
| Requests for admission | October 30, 2000 |
| **Dispositive pretrial motions deadline** | November 27, 2000 |

All other provisions of the order of April 11, 2000 shall remain in effect.

Date: 6/19/00

William M. Nickerson
United States District Judge