IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| MARYLAND SCREEN PRINTERS, INC. | * | |
| Plaintiff, | * | Civil Action No: WMN 00 CV 532 (Judge William M. Nickerson) |
| v. | * | |
| MASTERCARD INTERNATIONAL, INC. | * | |
| Defendant. | * | |
| | * | |
| MASTERCARD INTERNATIONAL INCORPORATED, | * | |
| Counterclaimant, | | |
| v. | * | |
| MARYLAND SCREEN PRINTERS, INC. | * | |
| Counterdefendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a), the parties, by their undersigned counsel, stipulate that the captioned case, and each and every claim and counterclaim thereof, be and are hereby

DISMISSED

Stipulation of Dismissal, Page 1 of 2

APPROVED THIS 19th DAY OF April, 2001

_____
UNITED STATES DISTRICT JUDGE

_____
Jerrold A. Thrope
Gordon, Feinblatt Rothman,
Hoffberger & Hollander, LLC
The Garrett Building
233 E. Redwood Street
Baltimore, MD 21202
Phone: 410-576-4000
Fax:    410-576-4246
Counsel for Plaintiff

_____
Charles E. Iliff, Jr.
Iliff & Meredith, P.C.
The Fidelity Building, Suite 1100
210 N. Charles St.
Baltimore, MD 21201
Phone: 410-685-1166
Fax:    410-685-1233
Counsel for Defendant